**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**TAVARIS MONONNETO MOORE**                                                  **MOVANT**

**VS.**                        **NO. 3:06CV115-NBB**

**UNITED STATES OF AMERICA**           **RESPONDENT**

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the motion by Tavaris Mononneto Moore to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **DENIED**.

This, the 6th day of October, 2009.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**